# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

JACQUELINE S. WOLF, )
)
         Plaintiff, )
)
v. ) Case No. CIV-07-172-KEW
)
MICHAEL J. ASTRUE, )
Commissioner of Social )
Security Administration, )
)
         Defendant. )

## **J U D G M E N T**

On this date, the Court entered its final order reversing the decision of the Administrative Law Judge and remanding the case to Defendant for further proceedings. In accordance with the fourth sentence of 42 U.S.C. §405(g), Plaintiff is entitled to a judgment reflecting this Court's ruling.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's decision denying benefits to Plaintiff is **REVERSED** and this case is **REMANDED** to Defendant for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 17th day of July, 2008.

_____
**UNITED STATES MAGISTRATE JUDGE**